1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4  VINEET GAURI (ILSBN 6242953)
   Special Assistant United States Attorney
5
6     1301 Clay Street, Suite 340S
      Oakland, CA 94612
      Telephone: (510) 637-3924
7     Facsimile: (510) 637-3724
      Vineet.Gauri@usdoj.gov
8
   Attorneys for Plaintiff
9
10                    IN THE UNITED STATES DISTRICT COURT
11                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                              OAKLAND DIVISION

13 | UNITED STATES OF AMERICA, ) | No.   CR-06-00363-SBA
14 |                            )
   |        Plaintiff,          )
15 |                            ) | ORDER OF CONTINUANCE AND
   |           v.               ) | EXCLUSION OF TIME UNDER THE
16 |                            ) | SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET
   | PATRICK GREGORY FOSTER,    ) | SEQ.
17 |                            )
18 |                            )
   |        Defendant.          )
19 |                            )
20 | _____)

21                              **ORDER**

22     Based on the reasons provided in the stipulation of the parties above, it is ORDERED that the
23 status hearing set for June 8, 2006, scheduled at 10:00 a.m., before the Honorable Wayne D. Brazil,
24 be vacated and reset for July 21, 2006 at 10:00 a.m.
25 //
26 //

                                  - 1 -

1     It is FURTHER ORDERED that time be excluded under the Speedy Trial Act from June 8,
2 2006 to July 21, 2006 based on the need for counsel to continue investigating this case. The Court
3 finds that the ends of justice would be served by granting the continuance.

5 DATED: June 7, 2006

                             IT IS SO ORDERED
                             Wayne D. Brazil
                             Judge Wayne D. Brazil

_____
10         HON. WAYNE D. BRAZIL
       UNITED STATES MAGISTRATE JUDGE

- 2 -