1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St., Ste 650
   Oakland, CA 94607
4  Tel. 510-637-3500

5  Counsel for Defendant FOSTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 06-00363-SBA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR CONTINUANCE AND |
| | ) | EXCLUSION OF TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT, 18 U.S.C. § |
| PATRICK GREGORY FOSTER, | ) | 3161 ET SEQ. |
| | ) | |
| Defendant. | ) | |

## ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from February 20, 2007 until March 20, 2007 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case.

2. Given counsel's need to review extensive financial discovery and interview numerous potential witnesses, the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due

- 1 -

1 | diligence.

2 | Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy

3 | trial act, 18 U.S.C. Section 3161(H) (8)(A) and (B)(iv) from February 20 until March 20, 2007.

4 | IT IS FURTHER ORDERED that the STATUS HEARING date of February 20, 2007,

5 | scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for

6 | March 20, 2007 at 9:00 a.m.

7 | DATED:2/15/07

```
                              _____/s/ Saundra B Armstrong_____
                              HON. SAUNDRA BROWN ARMSTRONG
                              UNITED STATES DISTRICT JUDGE
```

- 2 -