BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St., Ste 650
Oakland, CA 94607
Tel. 510-637-3500

Counsel for Defendant FOSTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. **CR 06-00363-DLJ** |
| Plaintiff, | ) | CR 98-40190-DLJ |
| | ) | CR 03-40042-DLJ |
| v. | ) | |
| | ) | STIPULATION FOR CONTINUANCE |
| PATRICK GREGORY FOSTER, | ) | OF SENTENCING |
| | ) | |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED, by and between the parties to this action, that the SENTENCING HEARING date of August 3, 2007, scheduled at 10:00 a.m., before the Honorable D. Lowell Jensen, be vacated and reset for October 12, 2007 at 10:00 a.m.

    The reasons for this continuance are as follows: This is a contested sentencing in a fraud case involving numerous alleged victims, extensive bank records, and spreadsheets. The defense needs additional time to prepare for sentencing. In particular, the defense is seeking, and does not yet have, archival medical and psychiatric records in the possession of the Bureau of Prisons. It is anticipated that these records will take at least six additional weeks to be produced. Defense counsel

will also be away from the office for the last two weeks of August, and the defense investigator on this case also has an absence between July 30 and August 14.  The prosecutor and Probation Officer are unavailable on September 14 and 21 respectively.  For these reasons, October 12 is requested.  The Probation Officer has been consulted and does not object to the suggested date.

DATED: 07/30/07

          _____/S/_____
          KESLIE STEWART
          Assistant United States Attorney

DATED: 07/30/07

          _____/S/_____
          JOHN PAUL REICHMUTH
          Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Good cause appearing,

  IT IS HEREBY ORDERED that the SENTENCING HEARING date of August 3, 2007, scheduled at 10:00 a.m, be vacated and reset for October 12, 2007 at 10:00 a.m.

Date: July 31, 2007          _____
                HON. D. LOWELL JENSEN
                UNITED STATES DISTRICT JUDGE