| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | JOHN PAUL REICHMUTH |
|   | Assistant Federal Public Defender |
| 3 | 555 12th St., Ste 650 |
|   | Oakland, CA 94607 |
| 4 | Tel. 510-637-3500 |
| 5 | Counsel for Defendant FOSTER |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No.  CR 06-00363-DLJ |
| Plaintiff, | ) | CR 98-40190-DLJ |
| | ) | CR 03-40042-DLJ |
| v. | ) | |
| | ) | STIPULATION FOR CONTINUANCE |
| PATRICK GREGORY FOSTER, | ) | OF SENTENCING; **ORDER** |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the SENTENCING HEARING date of October 12, 2007, scheduled at 10:00 a.m., before the Honorable D. Lowell Jensen, be vacated and reset for October 19, 2007 at 10:00 a.m.

The reasons for this continuance are as follows:  The defense has one additional out-of-state witness to speak with, and hopefully acquire a statement from, before sentencing.

//

The Probation Officer has been consulted and does not object to the suggested date.

DATED:   October 11, 2007                                        /S/

_____
KESLIE STEWART
Assistant United States Attorney


DATED:   October 11, 2007
                                                                          /S/

_____
JOHN PAUL REICHMUTH
Assistant Federal Public Defender

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that the SENTENCING HEARING date of October 12, 2007, scheduled at 10:00 a.m, be vacated and reset for October 19, 2007 at 10:00 a.m.

Date:October 12, 2007                                  _____
HON. D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

- 2 -