UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                             )<br>             Plaintiff,                         )<br>                                                             )<br>       v.                                            )<br>                                                             )<br>PATRICK GREGORY FOSTER,       )<br>                                                             )<br>             Defendant.                      )<br>_____ ) | Case No.  CR 06-00363 DLJ<br><br>**AMENDED  FINAL ORDER OF FORFEITURE** |

On January 23, 2009, the Court entered an Amended Preliminary Order of Forfeiture forfeiting the $43,799.45 of $59,799.45 the money seized from TFC National Bank Account Number 8876280171 and a IBM Thinkpad 600X laptop computer, Serial Number 550L8W9006 pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

IT IS FURTHER ORDERED that $16,000 of the $59,799.45 shall be paid towards restitution. The United States Marshal Service shall make a check payable for $16,000 to the Clerk of the Court.

1   All right, title, and interest in said property is vested in the United States of America.  The
2   appropriate federal agency shall dispose of the forfeited property according to law.
3
4   Dated:       July 8, 2009                              _____
5                                                          D. LOWELL JENSEN
                                                           United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28